# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CANTELLI HOUMA PROPERTIES, L.L.C. AND CHRIOSTOPHER CANTELLI

VERSUS

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, ENDURANCE WORLDWIDE INSURANCE LIMITED, HDI GLOBAL SPECIALTY SE, CATLIN INSURANCE COMPANY UK LTD, CUMIS SPECIALTY INSURANCE COMPANY, INC., CONVEX INSURANCE UK LIMITED, AND AMERICAN BANKERS INSURANCE COMPANY

NO. 2025 CW 0607

OCTOBER 6, 2025

---

In Re: Certain Underwriters at Lloyd's, London, Endurance Worldwide Insurance Limited, HDI Global Specialty SE, Catlin Insurance Company UK LTD, Cumis Specialty Insurance Company, Inc., Convex Insurance UK Limited, and American Bankers Insurance Company, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 198017.

---

BEFORE: McCLENDON, C.J., GREENE AND STROMBERG, JJ.

WRIT DENIED. The exception at issue herein filed in response to the original petition was rendered moot by the filing of an amended petition. See **Smith v. Cannon**, 43,964 (La. App. 2d Cir. 1/28/09), 2 So.3d 1227, 1230, writ denied, 2009-0668 (La. 6/19/09), 10 So.3d 734; **Barker v. Merrick**, 2019-1124 (La. App. 1st Cir. 12/23/19), 2019 WL 7166787 (unpublished); **LeBlanc v. Pools 'N Stuff, Ltd.**, 2018-0836 (La. App. 1st Cir. 9/4/18), 2018 WL 4208676 (unpublished).

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT